NOTE: This order is nonprecedential.

# United States Court of Appeals for the Federal Circuit

ARCELORMITTAL FRANCE AND
ARCELORMITTAL ATLANTIQUE ET LORRAINE,
*Plaintiffs-Appellants,*

v.

AK STEEL CORPORATION,
*Defendant-Appellee,*

AND

SEVERSTAL DEARBORN, INC. AND
WHEELING-NISSHIN INC.,
*Defendants-Appellees.*

2011-1638

Appeal from the United States District Court for the District of Delaware in case no. 10-CV-0050, Judge Sue L. Robinson.

ON MOTION

ORDER

ArcelorMittal France and ArcelorMittal Atlantique et Lorraine move without opposition for a 21-day extension of time, until May 3, 2012, to file their reply brief.

Upon consideration thereof,

IT IS ORDERED THAT:

The motion is granted.

FOR THE COURT

APR 0 5 2012
_____
Date

/s/ Jan Horbaly
Jan Horbaly
Clerk

cc: Constantine L. Trela, Jr., Esq.
    Christopher N. Sipes, Esq.
    Richard W. Hoffmann, Esq.

s21

FILED
U.S. COURT OF APPEALS FOR
THE FEDERAL CIRCUIT

APR 0 5 2012

JAN HORBALY
CLERK